FILED

2013 JAN 24 PM 4: 21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>ANTONIO AGUILAR-BRENAS,<br><br>                   Defendant. | Criminal Case No. 12CR5029-H<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Antonio Aguilar-Brenas is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

Dated: 1/24/13

_____
MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT